DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## NOTICE TO DETAIN, REMOVE, OR PRESENT ALIEN

File No.:

CBP Form I-94 No.:

Port of Arrival: Portland, Maine

Date: 07/08/2017

To the Owner, Agent, Master, Commanding Officer, Person in Charge, Purser, or Consignee of the

Marguerita

(Air Carrier, Flight Number, Ship's Agent, Vessel Name, Aircraft or Vessel ID Number, etc.)

Pursuant to the provisions of the Immigration and Nationality Act (Act), and regulations issued by the Secretary, you are hereby directed and served with a:

- [X] Notice to detain the alien on board.
- [ ] Notice to remove the alien from the United States on _____ (Date) at _____ (Time)
- [X] Notice to present the alien to Customs and Border Protection on TBD (Date) at TBD (Time)
- [ ] Notice of potential liability under section 241(c), (d), or (e) of the Act.
- [ ] Notice of potential liability under section 217 of the Act.

For the following reasons: Inspection of M/V Marguerita

Alien's Name: (Complete information for multiple aliens on continuation sheet)
VANTSEVYCH, Oleksandr

| Date of Birth: 11/01/1982 | Place of Birth: Ukraine |
|---|---|
| Country of Citizenship: Ukraine | Passport Number: EP416493 |
| Arrival Date: 07/07/2017 | Visa Classification: DOB (X) m |

ACTION TAKEN BY INSPECTING OFFICER:
- [ ] Detained for removal hearing/credible fear determination
- [ ] Paroled for removal proceedings
- [ ] Deferred Inspection: (Reporting Office and date)
- [X] Other: Inspection of M/V Marguerita

CBP Officer Name: S. TRUE    Title: CBPO    Signature: X _____

Receipt of the above notice is acknowledged by:
Agent or Representative of Carrier
Name: Chase, Leavitt CO    Title: Shipping Agent    Signature: X _____
Telephone Number: 207-772-3751
Date and Time Received: 07/08/2017

CBP Form I-259 (12/05)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## NOTICE TO DETAIN, REMOVE, OR PRESENT ALIEN

| | |
|---|---|
| File No.: | |
| CBP Form I-94 No.: | |
| Port of Arrival: Portland Maine | Date: 07/08/2017 |

To the Owner, Agent, Master, Commanding Officer, Person in Charge, Purser, or Consignee of the

Marguerita

(Air Carrier, Flight Number, Ship's Agent, Vessel Name, Aircraft or Vessel ID Number, etc.)

Pursuant to the provisions of the Immigration and Nationality Act (Act), and regulations issued by the Secretary, you are hereby directed and served with a:

[X] Notice to detain the alien on board.

[ ] Notice to remove the alien from the United States on _____ at _____
   (Date)    (Time)

[X] Notice to present the alien to  Customs and Border Protection

   on   TBD   at   TBD
      (Date)        (Time)

[ ] Notice of potential liability under section 241(c), (d), or (e) of the Act.

[ ] Notice of potential liability under section 217 of the Act.

For the following reasons: Inspection of M/V Marguerita

Alien's Name: (Complete information for multiple aliens on continuation sheet)
BIELOSHYTSKYI, Maksym

| | |
|---|---|
| Date of Birth: 12/15/1989 | Place of Birth: Ukraine |
| Country of Citizenship: Ukraine | Passport Number: EH051550 |
| Arrival Date: 07/07/2017 | Visa Classification: DOB (K)(M) |

ACTION TAKEN BY INSPECTING OFFICER:

[ ] Detained for removal hearing/credible fear determination    [ ] Paroled for removal proceedings

[ ] Deferred Inspection: (Reporting Office and date)

[X] Other:
   Inspection of M/V Marguerita

| CBP Officer Name: S. TRUE | Title: CBPO | Signature: X |
|---|---|---|

Receipt of the above notice is acknowledged by:

| Agent or Representative of Carrier Name: Chase, Leavitt CO | Title: Shipping Agent | Signature: X |
|---|---|---|
| Telephone Number: 207-772-3751 | | Date and Time Received: 07/08/2017 |

CBP Form I-259 (12/05)

# NOTICE TO DETAIN, REMOVE, OR PRESENT ALIEN
## Continuation Sheet

| Alien's Full Name | Date of Birth | Citizenship/ Passport # | Visa Classification |
|---|---|---|---|
| DEMCAK, Peter | [redacted] | SLV [redacted] | DOB (M) |
| EIGNER, Cyril | [redacted] | CZ [redacted] | DOB (M) |
| GOVOROV, Pavlo | [redacted] | UK [redacted] | DOB (M) |
| GUNJACA, Dusan | [redacted] | CRO [redacted] | DOB (M) |
| HORNOF, Jaroslav | [redacted] | CZ [redacted] | DOB (M) |
| KIRU, Anatoliy | [redacted] | UK [redacted] | DOB (M) |
| KORDIC, Damir | 05/[redacted] | CRO [redacted] | DOB (M) |
| KOVALENKO, Vladimir | [redacted] | CZ [redacted] | DOB (M) |
| KUCERA, Jan | [redacted]92 | CZ [redacted] | DOB (M) |
| LABETIC, Spasoje | [redacted] | CRO [redacted] | DOB (M) |
| LEVICKY, Andrej | [redacted]80 | SLO [redacted] | DOB (M) |
| NEVIDAL, Josef | [redacted] | CZ [redacted] | DOB (M) |
| POPOV, Sergiy | 0[redacted]83 | UK [redacted] | DOB (M) |
| PULAK, Martin | [redacted] | SLO [redacted] | DOB (M) |
| ROZEHNAL, Stepan | [redacted] | CZ [redacted] | DOB (M) |
| SEMANEH, Abebe | [redacted] | ETH [redacted] | DOB (M) |
| SHAROV, Lurii | [redacted] | RUS [redacted] | DOB (M) |
| STANEK, Lukas | [redacted] | [redacted] | DOB (M) |
| TOMCZYK, Magda | [redacted] | POL [redacted] | DOB (M) |
| WEISS, Jaroslav | [redacted] | [redacted] | DOB (M) |

CBP Form I-259 (12/05)

## NOTICE TO DETAIN, REMOVE, OR PRESENT ALIEN
### Continuation Sheet

| Alien's Full Name | Date of Birth | Citizenship/ Passport # | Visa Classification |
|---|---|---|---|
| ZAK, Lukas | ████ | SLO ████ | DOB (X) |
| ZAKHARCHENKO, Oleksandr | ████ | UK ████ | DOB (X) |
| KULOVANY, Miloslav | ████ | ████ | DOB (M) |
| KOVAC, Michal | ████ | ████ | DOB (M) |

CBP Form I-259 (12/05)