AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) |
|---|---|
| v. | ) |
| In re: Redderei MS Marguerita, GmbH & Co. | ) Case No. |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Peter Demcak

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, Maine 04101 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 11/06/2017 8:03 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 09/12/2017

*[signature]*

Christa K. Berry
Clerk, U.S. District Court

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Shane Waller
Trial Attorney
DOJ - Environmental Crimes Section
601 D St. NW
Washington, DC 20579
202-305-0362
shane.waller@usdoj.gov

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) **Pete Demcak**
was received by me on (date) **9/12/17**.

☒ I personally served the subpoena on the individual at (place) **Candlewood Suites, 700 Roundwood Dr., Scarborough, ME** on (date) **9/14/17**; or

☐ I left the subpoena at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the subpoena unexecuted because _____; or

☐ Other (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/14/17**

_[signature]_
Server's signature

**S/A Mark Root**
Printed name and title

**2 Monument Sq Portland, ME**
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| In re: Reederei MS Marguerita, GmbH & Co. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Damir Kordic

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, Maine 04101 | Courtroom No.: |  |
|---|---|---|---|
| | | Date and Time: | 11/06/2017 8:03 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 09/12/2017

Christa K. Berry
Clerk, U.S. District Court

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Shane Waller
Trial Attorney
DOJ - Environmental Crimes Section
601 D St. NW
Washington, DC 20579
202-305-0362
shane.waller@usdoj.gov

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) Damir Kordic was received by me on (date) 9/12/17.

☒ I personally served the subpoena on the individual at (place) Candlewood Suites, 700 Roundwood Dr, Scarborough, ME on (date) 9/12/17 ; or

☐ I left the subpoena at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/14/17

*Server's signature*

S/A MARK ROOT
*Printed name and title*

2 Monument Sq, Portland ME
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| In re: Redderei MS Marguerita, GmbH & Co. | ) | Case No. |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Lukas Zak

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, Maine 04101 | Courtroom No.: | |
|---|---|---|---|
| | | Date and Time: | 11/06/2017 8:03 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 09/12/2017

*(signature)*
Christa K. Berry
Clerk, U.S. District Court

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Shane Waller
Trial Attorney
DOJ - Environmental Crimes Section
601 D St, NW
Washington, DC 20579
202-305-0362
shane.waller@usdoj.gov

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) **Lukas Zak**
was received by me on (date) **9/12/14**.

☒ I personally served the subpoena on the individual at (place) **Candlewood Suites, 700 Roundwood Dr., Scarborough, ME** on (date) **9/14/17**; or

☐ I left the subpoena at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the subpoena unexecuted because _____; or

☐ Other (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/14/17**

_____
Server's signature

**S/A MARK ROOT**
Printed name and title

**2 Monument Sq, Portland ME**
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| In re: Redderei MS Marguerita, GmbH & Co. | ) | Case No. |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Jaroslav Hornof

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, Maine 04101 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 11/06/2017 8:03 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 09/12/2017

SUBPOENA

Christa K. Berry
Clerk, U.S. District Court

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Shane Waller
Trial Attorney
DOJ - Environmental Crimes Section
601 D St. NW
Washington, DC 20579
202-305-0362
shane.waller@usdoj.gov

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Jaroslav Hornof
was received by me on *(date)* 9/12/17 .

☒ I personally served the subpoena on the individual at *(place)* Candlewood Suites, 700 Roundwood Dr., Scarborough ME   on *(date)* 9/14/17   ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 9/14/17

*Server's signature*

S/A MARK ROOT
*Printed name and title*

2 Monument Sq, Portland, ME
*Server's address*

Additional information regarding attempted service, etc: